U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 6 2023

TONY R. MOORE, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. |
| | * 18 U.S.C. §§ 922(g)(1), 922(o) and 924(a)(2) |
| | * 18 U.S.C. § 924(d) |
| | * 28 U.S.C. § 2461(c) |
| VERSUS | * |
| | *    2:23-CR-00185-01 |
| | *    Judge Cain |
| BRENDAN ALEXANDER DELAFOSE | *    Magistrate Judge Kay |

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE

**FELON IN POSSESSION OF A FIREARM AND AMMUNITION**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about July 17, 2021, in the Western District of Louisiana, the defendant, BRENDAN ALEXANDER DELAFOSE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm, in and affecting interstate and foreign commerce, to wit; one (1) Glock, model 19, 9mm semi-automatic pistol and assorted ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1), 924 (a)(2)].

## COUNT TWO

### ILLEGAL POSSESSION OF A MACHINE GUN
### [18 U.S.C. §§ 922(o) and 924(a)(2)]

On or about July 17, 2021, in the Western District of Louisiana, the defendant, BRENDAN ALEXANDER DELAFOSE, did knowingly possess a machinegun, that is a Glock automatic conversion switch device.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2). [18 U.S.C. §§ 922(o) and 924(a)(2)].

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One and Two of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 922(o), the defendant, BRENDAN ALEXANDER DELAFOSE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- One (1) Glock, model 19, 9mm semi-automatic pistol;
- One (1) Glock automatic conversion switch device;
- One (1) extended magazine;
- Assorted Ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Code 2461(c).  [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)].

A TRUE BILL:

**REDACTED**

FOREPERSON: GRAND JURY

BRANDON B. BROWN
United States Attorney

By: _____
CASEY RICHMOND (AR Bar #2018038)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA  70501
Telephone: (337) 262-6618