UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:23-CR-00185-01 |
| | * | |
| VERSUS | * | JUDGE CAIN |
| | * | |
| BRENDAN DELAFOSE | * | MAGISTRATE JUDGE KAY |

MOTION TO DISMISS THE INDICTMENT

Brendan Delafose moves the Court to dismiss the indictment. Title 18, U.S.C. §§ 922(g)(1) and 922(o) are unconstitutional on their face and as applied to Mr. Delafose. Mr. Delafose provides the accompanying memorandum in support.

        RESPECTFULLY SUBMITTED,

        REBECCA L. HUDSMITH
        FEDERAL PUBLIC DEFENDER FOR THE
        MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:   **S/ AARON A. ADAMS**
        Louisiana Bar No. 37006
        Assistant Federal Public Defender
        102 Versailles Blvd., Suite 816
        Lafayette, Louisiana 70501
        (337)262-6336 (Phone) (337)262-6605 (Fax)

        Counsel for Brendan Delafose

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this filing was electronically filed with the Clerk of Court using the CM/ECF system. A copy of this filing will be sent to all counsel of record via operation of the court's electronic notification system.

Lafayette, Louisiana, October 13, 2023.

S/ AARON A. ADAMS