U S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 3 1 2024

TONY R. MOORE, CLERK
BY_____
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 2:23-CR-00185-01 |
| | * |
| VERSUS | * JUDGE CAIN |
| | * |
| BRENDAN ALEXANDER DELAFOSE | * MAGISTRATE JUDGE KAY |

## CONSENT TO PLEAD BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE AND WAIVER OF OBJECTION TO REPORT AND RECOMMENDATION

The above-captioned United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties that might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead before a United States District Judge.

I hereby waive (give up) my right to enter my plea before a United States District Judge and consent to entering my plea before the United States Magistrate Judge, who will provide a report and recommendation to the District Judge.

I understand that the District Judge must accept and approve my guilty plea and the plea agreement and will adjudicate guilt. If approved, I understand that I will be sentenced by the United States District Judge.

I understand that pursuant to 28 U.S.C. § 636, the parties are entitled to a fourteen (14) day period within which to file written objections to the report and recommendation. I hereby waive (give up) the fourteen (14) day objection period so

that the District Judge may immediately adopt the report and recommendation, thereby accepting my guilty plea, and set a sentencing date.

_____  
BRENDAN ALEXANDER DELAFOSE  
Defendant

12-11-2023  
DATE

_____  
AARON ADAMS, LA Bar No. 30776  
Assistant Federal Public Defender  
102 Versailles Boulevard, Suite 816  
Lafayette, Louisiana 70501  
Telephone: (337) 262-6336

12-12-23  
DATE

BRANDON B. BROWN  
United States Attorney

_____  
CASEY RICHMOND, AR Bar No. 2018038  
Assistant United States Attorney  
800 Lafayette Street, Suite 2200  
Lafayette, Louisiana 70501  
Telephone: (337) 262-6618

12/20/2023  
DATE

~~KATHLEEN KAY~~ Thomas P. LeBlanc  
U.S. MAGISTRATE JUDGE

1/31/2024  
DATE