U S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 3 1 2024

TONY R. MOORE, CLERK
BY _____
                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 2:23-CR-00185-01 |
| | * JUDGE CAIN |
| VERSUS | * MAGISTRATE JUDGE KAY |
| | * |
| BRENDAN ALEXANDER DELAFOSE | * |

## UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, Brendan Alexander Delafose, the above-named defendant, having been furnished a copy of the charges and having discussed same with my attorney, state that I understand the nature of the charges against me and the maximum possible penalties that may be imposed against me, as follows:

**PENALTY – COUNT TWO:** A term of imprisonment of not more than ten (10) years, per 18 U.S.C. § 924(a)(2).

a fine of up to $250,000, per 18 U.S.C. § 3571, or both;

a term of supervised release of not more than (3) years, per 18 U.S.C. § 3583;

a special assessment fee of $100.00, per 18 U.S.C. § 3013, which under this agreement is payable and due **at the time his guilty plea is entered**, and defendant agrees to tender the $100.00 special assessment by means of a cashier's check, bank official check, or money order payable to the "Clerk, U.S. District Court."

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by court-appointed counsel at no cost to me;

2. My right to plead guilty or not guilty;

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict;

4. My right not to be required to testify against myself or at all, if I do not so desire;

5. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

I realize that by pleading guilty, I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the Plea Agreement) from anyone associated with the State or United States Government or my attorney, and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Thus done and signed this _____ day of _____ 2023, at Lake Charles, Louisiana.

12-11-2023
Date

_/s/ Brendan Defose_
BRENDAN ALEXANDER DELAFOSE
Defendant

12-12-23
Date

*[signature]*
AARON ADAMS, LA Bar No. 37006
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

BRANDON B. BROWN
United States Attorney

12/20/2023
Date

*[signature]*
CASEY RICHMOND, AR Bar No. 2018038
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618