U S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 3 1 2024

TONY R. MOORE, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 2:23-CR-00185-01 |
| | * |
| VERSUS | * JUDGE CAIN |
| | * MAGISTRATE JUDGE KAY |
| BRENDAN ALEXANDER DELAFOSE | * |

### STIPULATION IN SUPPORT OF GUILTY PLEA

NOW INTO COURT, come the United States of America, by and through the undersigned Assistant United States Attorney, and the defendant, BRENDAN ALEXANDER DELAFOSE, hereinafter referred to as "Delafose" or "Defendant," and for the purposes of providing the Court with a factual basis for a plea agreement pursuant to Rule 11(b)(3) of the Federal Rules of Criminal Procedure, provide the following:

On or about July 17, 2021, in the Western District of Louisiana, Defendant was pulled over pursuant to a traffic stop for careless driving. Defendant was found in possession of marijuana ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Officers then searched the vehicle Defendant was driving. Defendant knowingly possessed a Glock with a Glock switch conversion device attached which purposefully converted the firearm to a machine gun. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

12-11-2023
DATE

*[signature]*
BRENDAN ALEXANDER DELAFOSE
Defendant

12-12-23
DATE

*[signature]*
AARON ADAMS, LA Bar No. 37006
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

BRANDON B. BROWN
United States Attorney

12/20/2023

DATE

*[signature]*
CASEY RICHMOND, AR Bar No. 2018038
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618