U S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 3 1 2024

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 2:23-CR-00185-01 |
| | * |
| VERSUS | * JUDGE CAIN |
| | * MAGISTRATE JUDGE KAY |
| BRENDAN ALEXANDER DELAFOSE | * |

## ELEMENTS OF OFFENSE

### COUNT 2

### POSSESSION OF A MACHINE GUN
### [18 U.S.C. § 922(o)]

You are charged in Count Two of the Indictment with Illegal Possession of a Machine Gun. Title 18, United States Code, Section 922(o) makes it a crime for a person to knowingly possess a machine gun. In order for you to be found guilty of this crime, the Government must prove each of the following elements beyond a reasonable doubt:

First:    That you knowingly possessed a machine gun;

Second:    That you knew, or was aware of, the essential characteristic of the firearm which made it a machine gun as defined by Section 921(a).

## II.
## VENUE
## [18 U.S.C. § 3237(a)]

If the case were to proceed to trial, the government would also have the burden of proving proper venue - that is the government would have to prove by a preponderance of the evidence that the offense was begun, continued, or completed in one of the Parishes that make up the Western District of Louisiana.

12-11-2023
Date

BRENDAN DELAFOSE
Defendant

12-12-23
Date

AARON ADAMS, LA Bar No. 37006
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

BRANDON B. BROWN
UNITED STATES ATTORNEY

12/20/2023

Date

CASEY RICHMOND, AR Bar No. 2018038
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618